# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| THOMAS SMITH ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:18-CV-282-FL |
| ANDREW SAUL, Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 30, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $8,600.00 plus reimbursement of $400.00 for filing fees.

**This Judgment Filed and Entered on August 30, 2019, and Copies To:**
Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Cassia Parson / Amanda Gilman  (via CM/ECF Notice of Electronic Filing)

August 30, 2019                    PETER A. MOORE, JR., CLERK

                                                      /s/ Sandra K. Collins
                                                     (By) Sandra K. Collins, Deputy Clerk